CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRENDA K. PURDY, | ) |
| Plaintiff, | ) Civil Action No. 7:08CV00367 |
| v. | ) **FINAL ORDER** |
| COMPASS GROUP, | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that this case shall be and hereby is dismissed without prejudice and stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 30th day of October, 2008.

/s/ Glen E. Conrad
United States District Judge